UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.  4:22 MJ 6133 PLC |
| v. | ) |
| | ) |
| MARK ANTHONY DIGGS, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Linda Lane, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is currently charged with interference of commerce by threats or violence, in violation of Title 18, United States Code, Section 1951 and  possession of and brandishing of a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c).

2. On May 31, 2022, the St. Louis County Police Department received a 911 call at approximately 10:20 A.M. from ATM Solutions employee reporting that she and her co-worker, were just robbed.  The two employees were servicing the Automated Teller Machine (ATM) at the Vantage Federal Credit Union located at 11654 West Florissant Avenue, St. Louis, Missouri,

63033, within the Eastern District of Missouri when a white sedan pulled up and Diggs exited the rear of the vehicle pointing an AR-15 style rifle at the employees. Diggs yelled "Throw me the bag." The employees three the money bag with approximately $217,500 in U.S. Currency to Diggs. Diggs took the bag and retreated into the back seat of a white sedan.  The white sedan then drove away.

3.  Defendant has prior arrest for murder first degree in 2021, armed criminal action in 2021, resisting arrest in 2021, tampering with motor vehicle in 2022, and stealing firearm/explosive/weapon in 2022.

4.  Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant, the defendant's history and characteristics, the nature and seriousness of the offense and the potential sentence that the defendant is facing warrant dentition pending trial.

WHEREFORE, as there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community, the Government requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,
SAYLER A. FLEMING
United States Attorney

/s/ Linda R. Lane
LINDA R. LANE, # AT00114511A
Assistant United States Attorney