FILED
AUG - 3 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1 – 4:22 CR 403 HEA DDN |
| ) | |
| MARK ANTHONY DIGGS, ) | |
| GREGREONIA HAMPTON, ) | |
| ) | |
| Defendants. ) | |

## SUPERSEDING INDICTMENT
## COUNT ONE

The Grand Jury charges that:

1. At all times material to this Indictment, ATM Solutions, Incorporated (Inc.) and Vantage Federal Credit Union were businesses that operated in and affected interstate commerce.

2. ATM Solutions, Inc. was engaged in the distribution of United States currency through various offices in the Eastern District of Missouri and other states in the United States.

3. Vantage Federal Credit Union has Automated Teller Machines (ATM) located at 11654 West Florissant Avenue in the County of St. Louis.

4. On or about May 31, 2022, in the County of St. Louis, within the Eastern District of Missouri,

**MARK ANTHONY DIGGS and GREGREONIA HAMPTON,**

the defendants herein, and others unknown to the Grand Jury, aided and abetted by one another, did knowingly obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain property consisting of United

States currency from the person and presence of employees of ATM Solutions against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees', that is, by pointing a firearm at the ATM Solution employees.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

The Grand Jury further charges that:

On or about May 31, 2022, in the County of St. Louis, within the Eastern District of Missouri,

**MARK ANTHONY DIGGS and GREGREONIA HAMPTON**,

the defendants herein, aided and abetted by each other, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, to obstruct, delay, or affect commerce by robbery as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 924 and 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1951 as set forth in Count One, the defendants shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to said violation, and any firearm or ammunition involved in, used, or intended to be used in such violation.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to the offense set forth in Count I.

3. Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 924(c) as set forth in Count II, the defendants shall forfeit to the United States of America any firearm or ammunition involved in, used, or intended to be used in such violation.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
LINDA R. LANE, #AT00114511A
Assistant United States Attorney