Calese Hampton

~~[address redacted]~~

06/21/23

Honorable Judge Autrey

Judge Of Thomas F Eagleton Courthouse

Mark Diggs 4:22-cr-00403

Dear Honorable Judge Autrey,

My name is Calese Hampton, one of Mark Diggs' 4 siblings. I'm writing this letter on the behalf of Mark Diggs. Mark is a very good person but due to being raised incorrectly and having to grow up without a father or mother changed his view of life.

    Growing up Mark never got the love and attention he needed so that caused him to act out in a way. Throughout Marks life he didn't have any type of guidance

    Our mother left us at a young age and throughout our life she would always tell us lies about how she's going to get herself together and take care of us but she failed to do so. She would also ask for money for her habits and with Mark being a mommy's boy he felt like he was obligated to give her the money. Then Mark was around people that would do illegal things and he felt as if it was the right way to go.

    Mark is such a wonderful, caring person, when me and my little sister didn't have a place to stay, he gave us a place to stay and even brought us the things we needed. He also made sure we stayed in school.

    It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Mark Diggs to be an honorable individual, a valuable member of my family and a good human being. Thank you for taking time out of your day to read this letter and getting

to know this defendant. ~~I am able to confirm the facts in this letter via~~
~~phone/email [redacted]~~

**Victoria Ivory**
St.Louis MO , 63136



Dear Judge Autrey ,

    I am Victoria Ivory, the big sister of Mark Diggs . I want to start by saying Mark is a really good person . He helped take care of our 3 younger siblings . He tries his best to do everything he can for everybody around him .

    Mark had to grow up at a really young age . Our mom has been on drugs since we were little children . She hasn't been in our life, therefore we had to go live with family members. His dad died when he was a baby . Things like that really mess with his head .

    Living with family members wasn't the best either . We thought the situation would have been better but it wasn't . It just made him act out even more. He always wanted that motherly love and a father figure in his life but he didn't get that .

    Taking care of kids at a young age can get really stressful , he just wanted to make sure his younger siblings got everything they needed . He made sure they got to school everyday , had food in the house for them and clothes on their backs . Mark always just wanted a good life for him and his siblings . He hated when we were going to school dirty and the kid's talking about us .

    Judge Autrey , he takes full accountability for what he did and he is truly sorry about it . We all we got in life and we just really want our brother to be home with us . I really hope this court takes into consideration of this letter at the time of sentencing .

Sincerely,

*Victoria Ivory*

Neona Jones

June 20, 2023

Honorable Judge Autrey

Judge of Thomas F. Eagleton Courthouse

Mark Diggs, 4: 22-cr-0040

    I am 17 years old, Neona Jones, the sister of Mark diggs. I am writing this letter with the hopes that Judge Autrey shows the defendant mercy during his sentencing. Mark Diggs is a human so he isn't perfect so I won't tell a story. He is the only father figure I've ever had. This role was forced upon around 2 years ago when my guardian put me and my older sister out on the street when I was 15. I never understood how hard it might be to take care of yourself and your little sisters and your girlfriend at only 19 with little to no help whatsoever. My brother gave me shelter and support. He makes sure me and my sister know that our education is most important. He made sure everything was okay and that we would never have to go back to the neglectful places we've been. I haven't always been grateful for these things, I took them for granted up until he was not home anymore. I know there are no excuses when it comes to law but I would like to point out that since childhood Mark has always been dealt a bad hand, with no parents or guidance, and a guardian who abused us both mentally and physically. Being neglected when in need and forced to go get it yourself.

  He was so excited to be in job corps, but due to covid-19 job corps had to come to an end. That was his only home and he had to leave it. I know everyone has choices but I also know everyone makes mistakes. . Thank you for taking the time to read this letter and getting to know the defendant a little more. I am able to confirm the facts in this letter by phone or email.

Sincerely

    Neona Jones

LaTasia Brooks

~~[redacted]~~

June 20 2023

Honorable Judge Autrey

Judge of Thomas F Eagleton Courthouse

Mark Diggs 4:22-cr-00403

    I am Mark's girlfriend writing on behalf of Mark Diggs. Mark Anthony Diggs has always been an exceptionally good person. He showed his UPRIGHT character by constantly providing for people even when he couldn't do so. I have always known Mark as the person to give a homeless man the shirt off his back and shoes off his feet, no over-exaggeration, he's done it before. When we first met we both decided to make small food bags for the homeless so we'd be able to give every homeless person at least something even if we didn't have the money because he knew how it felt to not have enough money to eat. Through these acts of kindness, he has helped me learn that no matter what situation you are in it's always necessary to help others out cause we never know what they are going through. He still carries this compassionate character while in jail by sharing his food with others who don't have enough money for a commissary.  He also showed his good character through how he stepped up and took care of his sisters. Shortly after we met his sisters were kicked out of his auntie's house really because she didn't have the necessities to take care of them. If he couldn't get his sisters they would be split up and thrown into the system, because his mom is going through a strong addiction. So Mark at 19 had to bypass his childhood and grow up faster to make sure he could try to provide for his sisters the best way he understood how.

    All of the kids love Mark because he used the free time he had to do actual activities with them. He constantly went to pick his younger cousins up to take them to the park or even just let them stay at my apartment. Mark constantly showed his love for others through his actions, he showed love to people

he knew and most importantly to people he didn't know. In my opinion, I feel like Mark became a victim of his environment.

I want to follow up by saying I know about his case and I have talked to him constantly and I know he is deeply remorseful for his actions and the indirect consequences of them. Not only is it jail but he has noticed how much of a troll it has taken on the people he loves most, me and his sisters. He barely can sleep at night because he's always worried sick about his family and about how his actions have affected him negatively. I know that this isn't who Mark is and I know what his plans are for the future. That he intends on trying to get a job as a truck driver and look into film directing. He also wants to go to therapy because we have had multiple talks on how if you grow up in a damaged household it is your responsibility to get help and change morally for your future children, and most importantly yourself. This is his first offense and I'm almost certain it's his last. He has learned so much from the time he had already done and knows he never wants to go back ever. I request that you please be merciful when sentencing him, we know and understand that you are the final decision and we trust and understand that whatever you decide will be for the best. Thank you for taking time out of your day to read my letter, and getting to know the defendant.